

Filed
Clerk of Court
United States District Court
By Morgan Akins
On: 01/05/2026

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| EARNEST BARNARD CLAYTON,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>LT. CHAMBERS; LT. CERT TEAM EARL  )<br>ANTHONY WRIGHT; SGT. TUCKER;  )<br>SGT. BROWN; BESTOMUN, Deputy  )<br>Warden of Security; WARDEN ANDREW  )<br>MCFARLANE; TYRONE OLIVER,  )<br>Georgia Department of Corrections  )<br>Commissioner; GOVERNOR BRIAN P.  )<br>KEMP; and DR. JOHN DOE,  )<br>  )<br>Defendants.  ) | CV 325-099 |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this case without prejudice, and **CLOSES** this civil action. If Plaintiff wishes to proceed with the claims raised in this case, he must initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 5th day of January, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE